[No. 16748-8-III.    Division Three.    March 9, 1999.]

*In the Matter of the Marriage of* JOHN ARTHUR FARRELL,
JR., *Appellant,* and TERRI FRANCISCO-FARRELL,
*Respondent.*

Appeal from a judgment of the Superior Court for Franklin County, No. 28000, Craig J. Matheson, J., entered May 27, 1997. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Schultheis, C.J., and Brown, J.

[No. 16864-6-III.    Division Three.    March 9, 1999.]

LINDA TOMKINS, ET AL., *Appellants,* v. KENNETH D.
BECKLEY, ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Benton County, No. 93-2-00511-5, Philip M. Raekes, J., entered August 13, 1997. *Reversed* by unpublished opinion per Schultheis, C.J., concurred in by Brown and Kato, JJ.

[Nos. 16972-3-III; 16973-1-III.    Division Three.    March 9, 1999.]

THE STATE OF WASHINGTON, *Respondent,* v. CHARLES
WARREN WEST, *Appellant.*

Appeals from judgments of the Superior Court for Spokane County, Nos. 97-1-00511-7, 97-1-01008-1, Richard J. Schroeder, J., entered September 19, 1997. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Schultheis, C.J., and Brown, J.

[No. 16613-9-III.    Division Three.    March 11, 1999.]

THOMAS D. HAMILTON, *Appellant,* v. JON L. DUNCAN, ET
AL., *Respondents.*

Appeal from a judgment of the Superior Court for Spokane County, No. 96-2-01249-6, Paul A. Bastine, J., entered May 19, 1997. *Affirmed* by unpublished opinion per Kato, J., concurred in by Schultheis, C.J., and Kurtz, J.